UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------
IN RE:                                    )         CHAPTER 7
                                          )
CHRISTINE ELIZABETH FRENCH,               )         CASE NO. 07-31518 (ASD)
                                          )
        DEBTOR.                           )         RE: DOC. I.D. NO. 30
---------------------------------------------------

**MEMORANDUM ORDER ON
MOTION FOR RELIEF FROM AUTOMATIC STAY**

**WHEREAS** the above-captioned motion for relief from stay (hereafter, the "Motion") came before the Court for hearing on October 31, 2007, at which time the movant, DaimlerChrysler Financial Services Americas LLC successor by merger to DaimlerChrysler Services North America LLC (hereafter, the "Movant") and the Debtor, through counsel, appeared to prosecute the Motion and an Objection thereto; and

**WHEREAS** the Movant has prayed for relief under the provisions of Bankruptcy Code Sections 362(d)(1) and 521(a)(6); and

**WHEREAS** the Court, after having received the written and oral arguments of the parties, and having examined and taken judicial notice of the files and records of the present case, has determined that relief is not appropriate for the following reasons:

   (i) the Movant does not yet have an "allowed" claim, which is a prerequisite

   for relief under Section 521(a)(6);

   (ii) even if all prerequisites for relief under Section 521(a)(6) were met, an

   order from this Court would be unnecessary since the termination of the

   automatic stay under that subsection is self-executing;

   (iii) there is otherwise no "cause" for relief from stay within the meaning of

Section 362(d)(1); and

(iv) but for the pendency of this contested matter, the automatic stay would promptly expire by operation of law upon the closure of the case, see 11 U.S.C. § 362(c)(1).

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Motion is **DENIED**.

Dated: November 8, 2007                                                          BY THE COURT

Albert S. Dabrowski
Chief United States Bankruptcy Judge